Brian Blankenship
Nevada Bar No. 11522
Joseph N. Mott
Nevada Bar No. 12455
Scott E. Lundy
Nevada Bar No. 14235
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
brian@claggettlaw.com
joey@claggettlaw.com
scott@claggettlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OLIVIA SWENSON, an individual. | Case No.: 2:22-cv-00887-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware Corporation; PERSONALUMBRELLA.COM INSURANCE SERVICES INC., a California Corporation; PERSONAL UMBRELLA.COM INSURANCE SERVICES INC. OF NV, a Nevada Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with

///

prejudice, with each party to bear its own attorneys' fees and costs.

| Dated this 28th day of December, 2022. | Dated this 28th day of December, 2022. |
|---|---|
| CLAGGETT & SYKES LAW FIRM | NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP |
| */s/ Brian Blankenship* | */s/ Jeffrey N. Labovitch* |
| Brian Blankenship, Esq.<br>Nevada Bar No. 11522<br>Joseph N. Mott, Esq.<br>Nevada Bar No. 12455<br>Scott E. Lundy, Esq.<br>Nevada Bar No. 14235<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff* | Jeffrey N. Labovitch, Esq.<br>Nevada Bar No. 10915<br>Timothy P. Kitt, Esq.<br>Nevada Bar No. 11828<br>4250 Executive Square, Suite 540<br>La Jolla, CA 92037<br>*Attorneys for Defendant American Alternative Insurance Corporation* |
| Dated this 28th day of December, 2022.<br><br>GREENBERG TRAURIG, LLP<br><br>*/s/Michael R. Hogue*<br><br>Michael R. Hogue, Esq.<br>Nevada Bar No. 12400<br>Jerrell L. Berrios, Esq.<br>Nevada Bar No. 15504<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants PersonalUmbrella.com Insurance Services Inc. and PersonalUmbrella.com Insurance Services Inc. of NV* | |

## **ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall close the case.

Dated this __28__ day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT